JOSEPH F. CROWLEY, Appellant, *v.* FIFTH AVENUE COACH
COMPANY, Respondent.
WILLIAM E. PHILLIPS, Appellant, *v.* FIFTH AVENUE COACH
COMPANY, Respondent.

Argued October 14, 1937; decided November 16, 1937.

*Fred P. Harrington, Louis P. Brown* and *John F. Mulvey* for appellants.

*Henry J. Smith* and *Joseph L. Zelaskow* for respondent.

In each action: Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: LEHMAN, J.